IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SALIM MUHOOD ADEM, Detainee, | § | |
| Guantánamo Bay Naval Base | § | |
| Guantánamo Bay, Cuba, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil Action No. 1:05-CV-00723 |
| - vs – | § | (RWR) |
| | § | |
| GEORGE W. BUSH, President of the | § | |
| United States of America, | § | |
| | § | |
| DONALD RUMSFELD, Secretary of | § | |
| Defense, ARMY BRIG. GEN. JAY | § | |
| HOOD, Commander, Joint Task Force – | § | |
| GTMO, Guantánamo Bay Naval | § | |
| Station, Guantánamo Bay, Cuba | § | |
| | § | |
| Respondents. | § | |
| | § | |
| All sued in their official capacities. | § | |

## DECLARATION OF RACHEL G. CLINGMAN

1.      My name is Rachel Giesber Clingman. I am an attorney with the law firm of Fulbright & Jaworski L.L.P. I am counsel for Petitioner Salim Muhood Adem, ISN # 710, currently detained at Guantanamo Bay (GTMO), Cuba.

2.      This declaration is filed to present additional evidence to the Court following the hearing on December 29, 2005, at which the parties discussed Respondents' "Next Friend" objection and Petitioner's Emergency Motion to Hold Respondents in Contempt, filed December 9, 2005.

3.      Respondents have imposed a stay on all access to Petitioner and travel by counsel to GTMO while the current motions are pending.

4.      **Declaration of Bisher Al-Rawi.** After the December 29, 2005, hearing, Counsel secured the Declaration of Bisher Al-Rawi, the detainee characterized *by Respondents* in this case as the "next friend" of Petitioner.  The Declaration, which is attached as Exhibit A, provides information that Respondents requested on the contact between Mr. Al-Rawi and Mr. Adem, Mr. Adem's request for counsel, and other information.

# EXHIBIT 1

1

31055169.1

5.    **Rescheduled Travel Request.**  Counsel submitted a request for approval for travel to GTMO and access to Mr. Adem on February 21-22.  Counsel asked for these dates specifically to preserve a date on the GTMO schedule and to allow for time for the pending motion for access to be decided.  A copy of our request is attached as Exhibit B.

6.    Respondents denied the request and refuse to schedule any trip until the pending motion is resolved.  The response is attached as Exhibit C.

7.    **Correspondence to Mr. Adem.**  In response to Petitioner's Motion for Contempt, Respondents stated that "each individual detained by the DOD at Guantanamo is given the opportunity to send and receive mail."  (See Declaration of First Lieutenant, Wade M. Brown. Lt. Brown.)  Further, Lt. Brown declares that "incoming mail is also typically processed within fourteen days on average."

8.    Undersigned counsel thus attempted to utilize the mail to contact Petitioner.  In accordance with the procedure set forth in the Protective Order, Petitioners' Counsel wrote to Mr. Adem.  The letter, a copy of which is attached hereto as Exhibit D, was translated into Arabic and sent by U.S. Mail with counsel authorization forms and a return address envelopes on Tuesday, January 3, 2006.

9.    To avoid any delay, and to test the accuracy of Respondents' declaration on the timing and reliability of mail delivery, we <u>also</u> mailed the same letter, in English and Arabic translation, without any staples, paperclips or the like on January 4, 2006.

10.   To avoid any argument by Respondents' that we had not attempted every possible method of communication, we <u>also</u> sent mail through the "legal mail" system set forth in the Protective Order on January 4, 2006.  On January 12, Petitioner's counsel were notified that the "legal mail" letter to Petitioner <u>had been received</u> by the legal mail team <u>but would not be delivered to Petitioner.</u>  See Exhibit E.

Rachel G. Clingman

SUBSCRIBED AND SWORN TO before me on _____, 2006.

Notary Public in and for
The State of Texas
_____ M. McPee
Printed Name of Notary
My Commission Expires: _1/20/09_

MELINDA M. McPEE
MY COMMISSION EXPIRES
January 20, 2009

31055169.1

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SALIM MUHOOD ADEM,** | ) | |
| | ) | |
| *Petitioners*, | ) | |
| | ) | |
| v. | ) | **CASE NO. 1:05-CV-00723 (CKK)** |
| | ) | |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
| *Respondents.* | ) | |
| | ) | |

### DECLARATION OF BISHER AL-RAWI
Pursuant to 28 U.S.C. § 1746

I, Bisher Al-Rawi declare the following, under penalty of perjury.

1. I am a prisoner at the U.S. Naval Base in Guantanamo Bay, Cuba. I have been wrongfully incarcerated there for nearly three years against my will.

2. On or about January 4, 2005, I sent a letter to my attorney George Brent Mickun IV in which I identified a number of prisoners who had requested legal representation.

3. Salim Muhood Adem was one of the prisoners identified in that letter.

4. Salim Muhood Adem knew that I was represented by counsel and knew that I had made it known that I was passing on the names of prisoners who wanted attorneys to my attorney, Mr. Mickum.

5. Salim Muhood Adem spoke with me personally when we were located in Camp △ and specifically requested that I try to get him an attorney. He also informed me that he had written to Mr. Mickum.

6. Salim Muhood Adem made his request to me before the military notified all the prisoners of their right to petition the courts.

7. Salim Muhood Adem does not speak English.

8. Based on my conversations with Salim Muhood Adem, I know that he does not trust his

military captors

9   All of the prisoners at the camp know that the military mail is very unreliable and can
take months to be delivered, if it is delivered at all.

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

Executed on 7th January , 2006 ___ in Guantanamo, Cuba.

_____
Bisher Al-Rawi

# EXHIBIT B

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
1301 McKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

RACHEL CLINGMAN
PARTNER
RCLINGMAN@FULBRIGHT.COM

DIRECT DIAL:  (713) 651-5513
TELEPHONE:  (713) 651-5151
FACSIMILE:  (713) 651-5246

January 10, 2006

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

*Via U.S. Mail,*
*Facsimile & Email*

Re: Cause No. 1:05-CV-00723; *Salim Muhood Adem, Detainee, Guantanamo Bay Naval Base, Guantanamo Bay, Cuba v. George W. Bush, President of the United States of America, Donald Rumsfeld, Secretary of Defense, Army Brig. Gen. Jay Hood, Commander, Joint Task Force – GTMO, Guantanamo Bay Naval Station, Guantanamo Bay, Cuba*; in the United States District Court for the District of Columbia

**Detainee Salim Muhood Adem, ISN #: 710**

Dear Mr. Warden:

I have enclosed a habeas counsel visitation request form.

As you know, we had arranged to meet Mr. Adem at GTMO on January 12, 2006. We had to reset that date because the Court has not yet ruled on our pending motion for access to Mr. Adem.

We make this request with the anticipation that we will have a court ruling or an agreement with Defendants by February 20. We request at least eight hours with Mr. Adem on February 21 and three hours on the morning of February 22 as reflected in the enclosed form. We can schedule the exact time that day according to the GTMO schedule.

Please confirm your receipt of this, and please advise if we can arrange to a meeting with Mr. Adem, Mr. Murray Fogler, and myself on **February 21-22, 2006**, pending the resolution of the current motion. .

With best regards,

Rachel G. Clingman

RGC:mm
Enclosure

31054386.1

HOUSTON • NEW YORK • WASHINGTON DC • AUSTIN • DALLAS • LOS ANGELES • MINNEAPOLIS • SAN ANTONIO • HONG KONG • LONDON • MUNICH

Andrew I. Warden
January 10, 2006
Page 2


cc:    Murray J. Fogler
       McDade Fogler, L.L.P.
       Two Houston Center
       909 Fannin Street Suite 1200
       Houston, TX  77010-1006

31054386.1

# HABEAS VISIT COORDINATION SHEET

**Case:** Cause No. 1:05-CV-00723; *Salim Muhood Adam v. George W. Bush, Donald Rumsfeld, & Army Brig. Gen. Jay Hood; in the United States District Court for the District of Columbia (ISN #: 710)*

**Date:** February 20-22, 2006

**Attorney/Interpreter Information:**

| Murray Fogler/A | Houston, TX | 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 | Secret | February 20, 2006 Lynx Air, Flight # 510 Arrive GTMO at 6:15pm | February 22, 2006 Lynx Air, Flight 612# Depart GTMO at 7:00pm |
|---|---|---|---|---|---|
| Rachel Clingman/A | Houston, TX | 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 | Secret | February 20, 2006 Lynx Air, Flight # 510 Arrive GTMO at 6:15pm | February 22, 2006 Lynx Air, Flight 612# Depart GTMO at 7:00pm |

* For Attorney indicate with "A"; for Interpreter indicate with "I"

**Visit Schedule*:**

| Tuesday, February 21, 2006 | All day requested | All day requested |
|---|---|---|
| Wednesday, February 22, 2006 | 9:00 a.m. – until | 1:00 p.m. requested |

* JTF reserves the right to adjust visit schedule to meet operational needs

3100061 7.1

# MESSAGE CONFIRMATION

01/10/06  15:32

| DATE | S.R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | |
|------|----------|--------------------|------|-------|--------|--|
| 01/10 | 02'15" | 202 616 8460 | CALLING | 04 | OK | 0000 |

*M. McRee*

01/10/06      15:29                                                    NO.024    001

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
FULBRIGHT TOWER
1301 McKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

## FACSIMILE TRANSMISSION

**DATE:**   January 10, 2006                **MATTER NUMBER:**   06308   10506453

| RECIPIENT(S): | FAX NO.: | PHONE NO.: |
|---------------|----------|------------|
| Andrew I. Warden<br>U.S. Department of Justice | 202-616-8460 ✔ | 202-514-2000 |
| | | |

# EXHIBIT C

**McRee, Mindy**

| | |
|---|---|
| **From:** | Andrew.Warden@usdoj.gov |
| **Sent:** | Friday, January 13, 2006 9:18 AM |
| **To:** | McRee, Mindy |
| **Cc:** | Clingman, Rachel; mfogler@mcdadefogler.com |
| **Subject:** | RE: Adem/GTMO (ISN #: 710) |

Ms. Clingman & Mr. Fogler,

We cannot agree to take any action on your visit request until our challenge to next-friend standing in the Adem case is resolved. Due to the burdens associated with arranging habeas counsel visits, GTMO cannot schedule visits based on anticipated events that may not occur. If the next-friend issue is ultimately resolved in your favor, you may resubmit a visit request, in accordance with the Revised Procedures for Counsel Access, and it will be evaluated accordingly.

Regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084

-----Original Message-----
From: mmcree@fulbright.com [mailto:mmcree@fulbright.com]
Sent: Tuesday, January 10, 2006 4:35 PM
To: Warden, Andrew (CIV)
Cc: rclingman@fulbright.com; mfogler@mcdadefogler.com
Subject: FW: Adem/GTMO (ISN #: 710)

Mr. Warden:
Attached please find our correspondence regarding travel to GTMO re Salim Muhood Adem (ISN#710). Please contact me or Rachel Clingman if you have any questions.
Thank you,

Mindy McRee
(Secretary to Rachel G. Clingman)
Fulbright & Jaworski L.L.P.
1301 McKinney Suite 5100
Houston, TX 77010-3095
713-651-5405

mmcree@fulbright.com


-----Original Message-----
From: mmcree@fulbright.com [mailto:mmcree@fulbright.com]
Sent: Tuesday, January 10, 2006 3:38 PM
To: McRee, Mindy
Subject: Adem



---------------------------------------------------------

Please open the attached document.
This document was sent to you using an HP Digital Sender.

| | |
|---|---|
| Sent by: | <mmcree@fulbright.com> |
| Number of pages: | 3 |
| Document type: | B/W Document |
| Attachment File Format: | Adobe PDF |

To view this document you need to use the Adobe Acrobat Reader. For free copy of the Acrobat reader please visit:

  http://www.adobe.com

For more information on the HP Digital Sender please visit:

  http://www.digitalsender.hp.com

# EXHIBIT D

TELEPHONE
(713) 654-4300

**McDADE FOGLER LLP**
ATTORNEYS
TWO HOUSTON CENTER
909 FANNIN, SUITE 1200
HOUSTON, TEXAS 77010-1006

FACSIMILE
(713) 654-4343

WRITER'S DIRECT DIAL
(713) 654-4320

WRITER'S EMAIL
mfogler@mcdadefogler.com

December 30, 2005

Re:   Cause No. 1:05-CV-00723; *Salim Muhood Adem, Detainee, Guantanamo Bay Naval Base, Guantanamo Bay, Cuba v. George W. Bush, President of the United States of America, Donald Rumsfeld, Secretary of Defense, Army Brig. Gen. Jay Hood, Commander, Joint Task Force – GTMO, Guantanamo Bay Naval Station, Guantanamo Bay, Cuba*; in the United States District Court for the District of Columbia

Salim Muhood Adem (ISN 710)
Guantanemo Bay Naval Base
Guantanemo Bay, Cuba

Dear Mr. Adem:

I am an attorney in the United States. I received your name from the attorney for Mr. Bisher Al-Rawi, who is also detained in Guantanamo. Mr. Al-Rawi wrote a letter to his attorney stating that you would like an attorney.

I have volunteered to represent you free of charge. I filed a lawsuit on your behalf challenging your detention. I would like to meet with you to explain everything, but the United States government has not allowed me to visit you. The government will not allow me to represent you without proof that you want an attorney.

The government is seeking to dismiss the lawsuit filed for you UNLESS we have a signed form from you. I have enclosed the form that is needed. If you want an attorney and want me to represent you, please sign the enclosed form and mail it to me immediately at this address:  McDade Fogler, LLP, 909 Fannin Street, Suite 1200, Houston, TX 77010-1006.

With best regards,

Murray Fogler

MF/smc

c:   Ms. Rachel G. Clingman
     Fulbright & Jaworski, L.L.P.
     1301 McKinney, Suite 5100
     Houston, Texas 77010-3095

48667

*2006/01/04*

الى السيّد أدم،

أنا محامي في الولايات المتحدة. تلقيت اسمك من محامي السيّد بيشر الراوي، المعتقل ايضا في غوانتانامو. كتب السيّد الراوي رسالة صرّح فيها بأنّك ترغب بمحامي .

لقد تطوّعت بتمثيلك مجانيًا. وقد رفعت قضيّة بالنيابة عنك تتحدّى اعتقالك. كان بودّي الاجتماع معك لشرح كل شيئ، لكنّ حكومة الولايات المتحدة لم تسمح لي أن أزورك. لن تسمح لي الحكومة أن أمثّلك بدون دليل يثبت أنّك تريد محاميًا .

إن الحكومة تحاول رفض النظر في القضيّة المرفوعة لك <u>الا اذا</u> حصلنا على إستمارة موقعة من قبلك.  لقد ارسلت لك الاستمارة المطلوبة مع  هذه الرسالة. إذا أردت محاميًا و أردتني أن أمثّلك ، ارجو منك أن توقع على الاستمارة وارسلها لي فورًا الى العنوان التالي:

McDade Fogler, LLP, 909 Fannin Street, Suite 1200, Houston, TX  77010-1006.

مع أطيب التحيّات،
موري فوغلر

ملاحظة: قد نرسل هذا الخطاب عدّة مرّات لأننا نعلم أن البريد، في بعض الاحيان، لا يوزّع أو يتأخر في الوصول.

2006/01/04

**Attorney-Detainee
Materials**

<u>إقرار بتمثيل قانوني</u>

بناء على القسم ٣.س.٢ (Section III.C.2) من "الإجراءات المنقحة المتعلقة بطريقة نفاذ المحامين للمعتقلين في القاعدة البحرية الأمريكية في خليج جوانتانامو، كوبا" يشهد المعتقل في هذا الإقرار بأنه ممثل بمحامي الدفاع الموقع أدناه والذي قدم طلب إنابة قضائية تتعلق بحقوق المعتقل القانونية أو أي حكم قضائي قد رفع بالنيابة عن المعتقل.

في حال سحب المحامي لتمثيله القانوني للمعتقل أو في حال إلغاء هذا التمثيل القضائي، على المحامي إعلام وزارة الدفاع فوراً بتلك التغيير في الظروف.

_____                              _____
توقيع محامي الدفاع                                   توقيع المعتقل

_____                              _____
إسم المحامي باللغة الإنجليزية                          إسم المعتقل باللغة الإنجليزية

_____
إسم المعتقل بلغته الوطنية (إن لم تكن بالإنجليزية)

التاريخ: _____

2006/01/04

## ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access To Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.

_____
Signature of Detainee

_____
Signature of Counsel

_____
Print Name of Detainee in English

_____
Print Name of Counsel in English

_____
Print Name of Detainee in Native Language (if other than English)

Date:_____

2006/01/14

**FedEx** USA Airbill
Express

Sender's Copy

**1 From**  Date  I-306

Sender's FedEx Account Number  0770-0426-2

Sender's Name  RACHEL CLINGMAN  Phone M316575105

Company  FULBRIGHT & JAWORSKI AUTOMATED

Address  1301 MCKINNEY ST STE 4074

City  HOUSTON  State TX  ZIP 77010

**2 Your Internal Billing Reference**  10500663

**3 To**
Recipient's Name  Christopher Habenicht  Phone (     )  Guantanamo

Company  Line Hut Express

Address  8402 SW 9th Ave.

Address  H. Laudindale  State FL  ZIP 33315

FedEx Tracking Number  8330 2509 9724

**4a Express Package Service**  Packages up to 150 lbs.
☑ FedEx Priority Overnight  ☐ FedEx Standard Overnight  ☐ FedEx First Overnight
☐ FedEx 2Day  ☐ FedEx Express Saver

**4b Express Freight Service**  Packages over 150 lbs.
☐ FedEx 1Day Freight  ☐ FedEx 2Day Freight  ☐ FedEx 3Day Freight

**5 Packaging**
☑ FedEx Envelope  ☐ FedEx Pak  ☐ FedEx Box  ☐ FedEx Tube  ☐ Other

**6 Special Handling**
☐ SATURDAY Delivery  ☐ HOLD Weekday  ☐ HOLD Saturday
Does this shipment contain dangerous goods?
☐ No  ☐ Yes  ☐ Yes  ☐ Dry Ice  ☐ Cargo Aircraft Only

**7 Payment**  Bill to:
☑ Sender  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check

**8 Release Signature**

Total Packages  Total Weight  Total Declared Value

447  FedEx Use Only

0210811603

Try online shipping at fedex.com.

Questions? Visit our Web site at fedex.com
or call 1.800.Go.FedEx 800.463.3339



# EXHIBIT E

## Clingman, Rachel

**From:** Jennifer.Campbell@usdoj.gov
**Sent:** Thursday, January 12, 2006 1:09 PM
**To:** Clingman, Rachel
**Subject:** Legal Mail

Rachel,

We received legal mail from you for detainees in Guantanamo. However, we do not have you on the approved mailing list for mail to detainees. Can you contact government attorney, Andrew Warden at (202) 616-5084 to determine what needs to be on file in order for you to be approved?

Then he'll let me know when your mail can be sent on to Gtmo.

Jennifer

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAJID ABDULLA AL JOUDI, *et al.*, | Civil Action No. 05-0301 (GK) |
| Petitioners/Plaintiffs, | |
| v. | |
| GEORGE W. BUSH, *et al.*, | |
| Respondents/Defendants. | |

| | |
|---|---|
| SALEH ABDULLAH AL-OSHAN, *et al.*, | Civil Action No. 05-0520 (RMU) |
| Petitioners/Plaintiffs, | |
| v. | |
| GEORGE W. BUSH, *et al.*, | |
| Respondents/Defendants. | |

| | |
|---|---|
| NASSER MAZYAD AL-SUBAIY, *et al.*, | Civil Action No. 05-1453 (RMU) |
| Petitioners/Plaintiffs, | |
| v. | |
| GEORGE W. BUSH, *et al.*, | |
| Respondents/Defendants. | |

# EXHIBIT 2

## DECLARATION BY JULIA TARVER, ESQ.

I, Julia Tarver, declare that the following statements are true to the best of my knowledge, information, and belief:

1.    I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Petitioners in the above-captioned actions.  I offer this Declaration to provide additional facts and information regarding our authority to represent Petitioners.

2.    As we have previously indicated in correspondence with representatives of the Department of Justice, Paul, Weiss is authorized to represent all Petitioners in the above-captioned actions by valid authorizations from a "next friend" pursuant to 28 U.S.C. § 2242.  Each of the next friends is either a family member or fellow detainee knowledgeable about the petitioner's situation.  We continue to believe that these authorizations provide more than sufficient authority for us to act on behalf of Petitioners.  Nonetheless, we provide herein additional facts and information relevant to our authority to represent Petitioners.

3.    My colleagues and I have conducted either two or three visits with each Petitioner, and we are in the process of establishing a trusting attorney-client relationship with each of them, despite the difficult circumstances under which our meetings with them occur.

4.    By the time we received appropriate security clearances and first met with each of our clients in June 2005,[1] they had been detained by the military at Guantánamo for over three years without any access whatsoever to the outside world.

---

[1]    We first met with Petitioner Al-Subaiy in July 2005.

2

As laypersons, we could readily observe that this isolation has a profound psychological and emotional impact on our clients. We also have reason to believe that our clients were subjected to torture and abuse, in a variety of forms, at the hands of the American military. This had the effect of making our clients incredibly distrustful both of Americans and of anyone purporting to be their friend or to be acting on their behalf.

      5.     While we have made substantial progress in developing rapport and trust with our clients over the two or three visits we have had with each of them, we have not yet been able to secure from all of them written acknowledgments of our representation. While a few have felt secure enough to sign such a document, the majority of our clients remain deeply reluctant about signing any piece of paper given to them, after all they have been through.

      6.     We have every reason to believe that this reluctance is a product of their psychological, emotional, and in some cases mental or physical, deterioration while they have been imprisoned without charge at Guantánamo. Their reluctance is also, we believe, a product of their fear of Americans in general after what they have suffered at the hands of American interrogators. And finally, their reluctance may be due to actions taken by the U.S. military itself to discourage detainees from seeking the assistance of counsel.

      7.     Upon information and belief, members of the U.S. Armed Forces, or persons working on their behalf, have told detainees not to trust their lawyers.

      8.     Shockingly, one of our clients told us that the military had told him that we were not attorneys at all.

9.     Upon information and belief, members of the U.S. Armed Forces, or persons working on their behalf, have impersonated private attorneys in interrogations of the detainees.

10.     Upon information and belief, members of the U.S. Armed Forces, or persons working on their behalf, have told detainees that if they work with attorneys, they will be less likely to be released from their detention at Guantánamo.

11.     Finally, on one occasion, we were told by the Staff Judge Advocate ("SJA") that one of our clients had refused to see us. We then sent a letter to that client explaining our desire to meet with him. The SJA informed us that our client had refused to accept the letter. On our next visit, our client informed us that he had not, and would never, refuse our visit or our mail. He had been participating in the hunger strike during our previous visit and had been too weak to speak to the SJA, who had simply told him that he was too weak to meet with his attorneys. According to our client, the SJA never attempted to deliver the mail.

12.     We view each and all of the above actions to be unconscionable and to be direct and substantial interferences with the attorney-client relationship.

13.     In addition, several of our clients are suffering from serious medical conditions that make our meetings with them strained and our ability to focus on mundane matters such as form signatures inappropriate or impossible. Some of these conditions, such as severe epilepsy, predated our clients' capture by the American military. Other medical conditions, such as those arising from the desperate hunger strike, are a direct product of our clients' imprisonment without charge at the camp.

4

14.     Nevertheless, despite this culture of fear and distrust at Guantánamo, each of our clients has willingly agreed to meet with us.  They have received our legal mail and some have written to us in response.  Each of our clients discussed the legal issues in their case with us, and an attorney-client relationship has been formed with each of them, despite the extreme circumstances of their condition at the camp.

15.     I declare, under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of November 2005
New York, New York

_____/s/_____
Julia Tarver

5